May Term,
1861.

MILLER and Another *v.* SMITH.

ESTEP
v.
LARSH.

*Tuesday,*
*May 28.*

APPEAL from the *St. Joseph* Circuit Court.

*Per Curiam.*—This was an action by *Smith* against *Miller* and *Briggs*, upon a delivery bond. The defendants were legally served with process, duly called, and regularly defaulted. Judgment was accordingly rendered against them. But no motion appears to have been made to set aside the default. Hence the errors assigned are not properly examinable on appeal. *Hornberger* v. *The State*, 5 Ind. 300; *Blair et al.* v. *Davis*, 9 Ind. 236.

The judgment is affirmed, with 3 per cent. damages and costs.

*R. L. Farnsworth*, for the appellants.

*John F. Miller* and *W. G. George*, for the appellee.